

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00429-CV

Benjamin Scott **ZERTUCHE**,
Appellant

v.

Chelsae **WESSELS** and Joey Urrabazo,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-10-0938-CVA
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we DISMISS WITH PREJUDICE Chelsae Wessels's assault, intentional infliction of emotional distress, and loss of consortium claims that are based on the pregnancy and abortion facts alleged primarily in paragraphs 24–39 of Defendants' First Amended Answer to Third Amended Third Party Petition and Counterclaim.

We DISMISS WITH PREJUDICE Joey Urrabazo's intentional infliction of emotional distress and loss of consortium claims that are based on the pregnancy and abortion facts alleged primarily in paragraphs 24–39 of Defendants' First Amended Answer to Third Amended Third Party Petition and Counterclaim.

We REMAND this cause to the trial court to award reasonable attorney's fees and costs of court incurred for the dismissed claims only, and for further proceedings consistent with this opinion.

SIGNED November 14, 2018.

_____
Patricia O. Alvarez, Justice